UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

DARCY J. CALKINS and
KATHERINE CALKINS,
        Debtors                             : Bankruptcy No.: 15-12384REF
                                                        : Chapter 13

_____

## MOTION TO TERMINATE WAGE ORDER

AND NOW this 1st day of September, 2016, come the Debtors and file this Motion to Terminate Wage Order.

1. On July 27, 2015, the Court entered an order directing the employer of Debtor, Darcy J. Calkins, Verizon, to make wage deductions for remittance to Frederick L. Reigle, Esquire, Trustee in this case.

2. On May 9, 2016, this Court granted Debtor's motion for voluntary dismissal of their Chapter 13 proceeding without prejudice, pursuant to 11 U.S.C. 307(b).

3. The wage deductions have continued since the dismissal of this bankruptcy and the Trustee can not finalize his report and close the case.

**WHEREFORE**, Debtors respectfully request this Honorable Court to enter an order terminating the wage order.

Date:  September 1, 2016                               Respectfully submitted,

                                                                  /s/ James L. Davis
                                                                   James L. Davis, Esquire
                                                                   Attorney I.D.#31719
                                                                   Attorney for Debtor
                                                                   Attorney at Law
                                                                   234 North Sixth Street
                                                                   Reading, PA   19601
                                                                   610-378-0122

UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

DARCY J. CALKINS
KATHERINE CALKINS,
        Debtors                 : Bankruptcy No.: 15-12384REF
                                                  : Chapter 13

_____

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of Debtor's Motion to Terminate Wage Order, and upon consideration of the dismissal of this case on May 9, 2016, pursuant to 11 U.S.C. 307(b), the order directing Debtor's employer, Verizon, to make wage deductions dated July 27, 2015 is hereby **TERMINATED**.

Debtor's employer, Verizon should not deduct any more payments from the wages of the Debtor.

It is so **ORDERED**.


Date: _____                                              _____
                                                                                   Richard E. Fehling,
                                                                                   United States Bankruptcy Judge


cc:    James L. Davis, Esquire
           Attorney at Law
           234 North 6th Street
           Reading, PA   19601

           Frederick L. Reigle, Esquire
           Chapter 13 Trustee
           2901 St. Lawrence Avenue, Suite 100
           P.O. Box 4010
           Reading, PA   19606-0410

UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

DARCY J. CALKINS
KATHERINE CALKINS,
        Debtors              : Bankruptcy No.:  15-12384REF
                                                 : Chapter 13

_____

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Debtor's Motion to Terminate Wage Order by first-class mail or by electronic means on September 1, 2016.

**Frederick L. Reigle, Esquire
2901 Saint Lawrence Avenue
P.O. Box 4010
Reading, PA   19606**

Date:  September 1, 2016                    /s/ Shelby Rauenzahn
                                                          Shelby Rauenzahn, Legal Assistant to
                                                          James L. Davis, Esquire
                                                          Attorney I.D.#31719
                                                          Attorney for Debtor
                                                          Attorney at Law
                                                          234 North Sixth Street
                                                          Reading, PA   19601
                                                          610-378-0122