UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

DARCY J. CALKINS
KATHERINE CALKINS,
        Debtors        : Bankruptcy No.:  15-12384REF
                              : Chapter 13

_____

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Order, and upon consideration of the dismissal of this case on May 9, 2016, pursuant to 11 U.S.C. 307(b), the order directing Debtor's employer, Verizon, to make wage deductions dated July 27, 2015 is hereby **TERMINATED**.

Debtor's employer, Verizon should not deduct any more payments from the wages of the Debtor.

It is so **ORDERED**.

**Date: September 6, 2016**

_____
Richard E. Fehling,
United States Bankruptcy Judge

cc:

James L. Davis, Esquire
Attorney at Law
234 North 6th Street
Reading, PA   19601


Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
P.O. Box 4010
Reading, PA   19606-0410