United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12384-ref
Darcy J Calkins                                                       Chapter 13
Katherine Calkins
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela            Page 1 of 1           Date Rcvd: Sep 07, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
db/jdb         +Darcy J Calkins,   Katherine Calkins,   478 E. Main Street,   Kutztown, PA 19530-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JAMES L. DAVIS   on behalf of Joint Debtor Katherine  Calkins jldavis@oberandassociates.com,
           srauenzahn@oberandassociates.com
          JAMES L. DAVIS   on behalf of Debtor Darcy J Calkins jldavis@oberandassociates.com,
           srauenzahn@oberandassociates.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

DARCY J. CALKINS
KATHERINE CALKINS,
        Debtors          : Bankruptcy No.: 15-12384REF
                                     : Chapter 13

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Order, and upon consideration of the dismissal of this case on May 9, 2016, pursuant to 11 U.S.C. 307(b), the order directing Debtor's employer, Verizon, to make wage deductions dated July 27, 2015 is hereby **TERMINATED**.

Debtor's employer, Verizon should not deduct any more payments from the wages of the Debtor.

It is so **ORDERED**.

**Date: September 6, 2016**

_____
Richard E. Fehling,
United States Bankruptcy Judge

cc:

James L. Davis, Esquire
Attorney at Law
234 North 6th Street
Reading, PA   19601


Frederick L. Reigle, Esquire
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
P.O. Box 4010
Reading, PA   19606-0410